NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINEAR TECHNOLOGY CORPORATION,**
*Plaintiff-Appellant,*

v.

**MONOLITHIC POWER SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1637

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0476, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Linear Technology Corporation moves without opposition for a 30-day extension of time, until May 2, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 29 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Joel M. Freed, Esq.
    Dan L. Bagatell, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK